# EXHIBIT "B"

## Copy of State Court File

## Cause No. DC-16-13771

## CAUSE NO. DC-16-13771

| | | |
|---|---|---|
| SUSAN HENDERSON and | § | IN THE DISTRICT COURT |
| DONALD HENDERSON, | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | 160th JUDICIAL DISTRICT |
| RAY LOPEZ, JR. a/k/a RAYMOND | § | |
| LOPEZ a/k/a RAMON LOPEZ and | § | |
| BEARD EXPRESS, INC. | § | |
| *Defendants.* | § | DALLAS COUNTY, TEXAS |

### INDEX OF STATE COURT FILE

| TAB | FILED | DOCUMENT |
|---|---|---|
| B. | | Index of State Court File |
| 1. | | State Court File – DC-16-13771 |
| 2. | 10/21/2016 | Letter to Court from B. Ward Maedgen regarding filing Plaintiffs' Original Petition and Request for Disclosure and Texas Case Civil Information Sheet |
| 3. | 10/21/2016 | Plaintiffs' Original Petition and Request for Disclosure |
| 4. | 10/21/2016 | Civil Case Information Sheet |
| 5. | 10/21/2016 | Demand for Jury |
| 6. | 10/25/2016 | Issuance of Citation for Ray Lopez, Jr. |
| 7. | 10/25/2016 | Issuance of Citation for Beard Express, Inc. |
| 8. | 12/20/2016 | Return of Service for Ray Lopez, Jr. |

PAGE SOLO

1949423
0185/00749

# EXHIBIT "B-1"

## Court's Register of Actions

## Case No. DC-16-13771

## 160[the] Judicial District Court
## Dallas County, Texas

## Case Information

DC-16-13771 | SUSAN HENDERSON, et al vs. RAY LOPEZ JR., et al

| Case Number | Court | File Date |
|---|---|---|
| DC-16-13771 | 160th District Court | 10/21/2016 |
| Case Type | Case Status | |
| MOTOR VEHICLE ACCIDENT | OPEN | |

## Party

PLAINTIFF
HENDERSON, SUSAN

Address
5005 GREENVILLE AVENUE, STE. 200
DALLAS TX 75206

Active Attorneys ▼
Lead Attorney
MAEDGEN, B WARD
Retained

Work Phone
214-651-4288

Fax Phone
214-747-1825

PLAINTIFF
HENDERSON, DONALD

Address
5005 GREENVILLE AVENUE, STE. 200
DALLAS TX 75206

Active Attorneys ▼
Lead Attorney
MAEDGEN, B WARD
Retained

Work Phone
214-651-4288

Fax Phone
214-747-1825

DEFENDANT
LOPEZ JR., RAY

   Aliases
   *AKA* LOPEZ, RAYMOND
   *AKA* LOPEZ, RAMON
Address
175 AVENIDA DESCANSO
OCEANSIDE CA 92057


DEFENDANT
BEARD EXPRESS, INC

Address
609 BEARD AVENUE
MODESTO CA 95354


## Events and Hearings

10/21/2016 NEW CASE FILED (OCA) - CIVIL

10/21/2016 ORIGINAL PETITION ▾

10-21-16 COURT.pdf

PLAINTIFF'S ORIGINAL PETITION-HENDERSON.pdf

10/21/2016 CASE FILING COVER SHEET ▾

CIVIL CASE INFO SHEET-HENDERSON.pdf

10/21/2016 ISSUE CITATION COMM OF INS OR SOS

10/21/2016 JURY DEMAND ▾

FP FILE DESK JURY DEMAND FORM

10/25/2016 CITATION ISSUED ▾

DC1613771.pdf

DC16137771-2.pdf

10/25/2016 CITATION SOS/COI/COH/HAG ▾

Anticipated Server
**ESERVE**

Anticipated Method
Anticipated Server
**ESERVE**

Anticipated Method

12/20/2016 CERTIFICATE OF SERVICE ▾

ROS DEF LOPEZ.pdf

Comment
**SECRETARY OF STATE CERTIFICATE - RAY LOPEZ JR**

## Financial

HENDERSON, SUSAN

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $351.00 |
| Total Payments and Credits | | | | $351.00 |
| 10/24/2016 | Transaction Assessment | | | $351.00 |
| 10/24/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 67446-2016-DCLK | HENDERSON, SUSAN | ($351.00) |

## Documents

10-21-16 COURT.pdf

PLAINTIFF'S ORIGINAL PETITION-HENDERSON.pdf

CIVIL CASE INFO SHEET-HENDERSON.pdf

FP FILE DESK JURY DEMAND FORM

DC1613771.pdf

DC1613771-2.pdf

ROS DEF LOPEZ.pdf

# EXHIBIT "B-2"

## Letter to Court from B. Ward Maedgen regarding filing Plaintiffs' Original Petition and Request for Disclosure and Texas Case Civil Information Sheet

LAW OFFICE OF

# B. WARD MAEDGEN, P.C.

### 5005 Greenville Avenue, Suite 200
### Dallas, Texas 75206

Tel 214.651-4288
Fax 214 363-9979
WWW.ACCIDENTLAWYERDALLASTX.COM
WWW.TEXCRIME.COM

. WARD MAEDGEN
BOARD CERTIFIED – CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 21, 2016

*Via E-Filing*
Dallas District Clerk of Court
Civil Filings
George L. Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202

> Re:  *Susan Henderson and Donald Henderson vs. Ray Lopez Jr. and Beard Express Inc*

Dear Clerk:

Attached for filing is *Plaintiffs' Original Petition and Request for Disclosure*, along with the Civil Case Information Sheet.  Please file with the Court and issue citations for the following:

Ray Lopez Jr.
175 Avenida Descanso
Oceanside, CA  92057

Beard Express, Inc
c/o Registered Agent for Service of Process
Karamjeet Kaur Bajwa
609 Beard Ave.
Modesto, CA  95354.

Once the citations have been issued, please forward them to me by e-service so that I may effect service on the Texas Secretary of State pursuant to Texas Long-Arm statute.  Should you have any questions, please do not hesitate to contact my office.

Sincerely,

*/s/ B. Ward Maedgen*

B. Ward Maedgen

BWM:hp

# EXHIBIT "B-3"

## Plaintiffs' Original Petition and Request for Disclosure

FILED
DALLAS COUNTY
10/21/2016 5:37:58 PM
FELICIA PITRE
DISTRICT CLERK

2 SOS-E-SERVE

DC-16-13771

Freeney Anita

CAUSE NO. _____

| | | |
|---|---|---|
| SUSAN HENDERSON and DONALD HENDERSON | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | H-160TH _____ JUDICIAL DISTRICT |
| | § | |
| RAY LOPEZ JR. a/k/a RAYMOND LOPEZ a/k/a RAMON LOPEZ and BEARD EXPRESS, INC | § | |
| | § | DALLAS COUNTY, TEXAS |
| *Defendants.* | § | |

### PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, SUSAN HENDERSON and DONALD HENDERSON (hereinafter referred to as "Plaintiffs"), complaining of RAY LOPEZ JR. a/k/a RAYMOND LOPEZ a/k/a RAMON LOPEZ (hereinafter referred to as "Defendant Lopez", "Defendant Ray Lopez Jr.", and/or "Mr. Lopez") and BEARD EXPRESS, INC (hereinafter referred to as "Defendant Beard" and/or "Beard")(collectively as "Defendants"), and for cause of action would respectfully show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

1.     Pursuant to Rule 190 *et seq* of the Texas Rules of Civil Procedure, Plaintiff requests a Level III discovery control plan.

## II.
## CLAIM FOR RELIEF

2.      Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs seek damages due to injuries sustained in a motor vehicle accident. The monetary relief sought is over $200,000 but not more than $1,000,000.

## III.
## PARTIES

3.      Plaintiff Susan Henderson is an individual who resides in Dallas County, Texas.

4.      Plaintiff Donald Henderson is an individual who resides in Dallas County, Texas.

5.      Defendant Ray Lopez Jr. a/k/a Raymond Lopez a/k/a Ramon Lopez is an individual who currently resides in San Deigo County, California. Defendant's home office address is 175 Avenida Descanso, Oceanside, California 92057. Defendant Ray Lopez Jr. may be served by Texas Long-Arm statute pursuant to Texas Civil Practice and Remedies Code ("CPRC") § 17.044 (a) and (b) and § 17.042 (1) and (2). The Secretary of State is the agent for service of process on the nonresident Defendant as he engaged in business in this state but does not maintain a regular place of business in this state or a designated agent for service of process.

6.      This lawsuit arises from Defendant Lopez's business in Dallas County, Texas. Defendant Lopez caused an automobile collision in Dallas County, Texas, a tort in this state. Pursuant to CPRC §17.042(2), Defendant Ray Lopez Jr. was doing business in Texas. Mr. Lopez may be served with process by serving the Secretary of State for the State of Texas.

7.      As Defendant Lopez, while transporting goods at the time of the incident made the basis of this case, was involved and caused a vehicle collision, a tort in this State, the Defendant was doing business in Texas pursuant to CPRC. §17.042. As the Defendant currently resides in San Deigo County, California, the Defendant does not maintain a regular place of business in Texas.

The Defendant does not have a designated agent for service of process in Texas. This lawsuit arises from Defendant's business in Texas, that is, the tort Defendant committed in Texas while Defendant was present in Texas.

8.     Defendant Beard Express, Inc is a California corporation that engages in interstate commerce within the State of Texas but does not maintain a regular place of business in this state or a designated agent for service of process in this state. Beard maintains a corporate and home office at 609 Beard Avenue, Modesto, California with a registered agent for service of process named Karamjeet Kaur Bajwa at the same address. Beard may be served pursuant to Texas Civil Practice and Remedies Code ("CPRC") §17.042 (1) and (2), and § 17.044 (a) and (b), which is known as the Texas Long-Arm statute. The Secretary of State is the agent for service on the non-resident Defendant.

9.     Beard is a provider of truckload transportation and logistics services, and at the time of the incident made the basis of this case, was transporting goods within Dallas County, Texas. Beard through its agent caused an automobile collision in Dallas County, Texas, a tort in this state. Pursuant to CPRC §17.042(2), Beard was doing business in Texas. Pursuant to Texas Civil Practice and Remedies Code ("CPRC") § 17.044, Defendant Beard is a nonresident that may be served with process via Texas Long-Arm statute by serving the Secretary of State for the State of Texas.

10.    Because Beard, while transporting goods, was involved and caused a truck collision, a tort in this State, Beard was doing business in Texas pursuant to CPRC. §17.042. As Beard's home office is at 609 Beard Avenue, Modesto, California, the Defendant does not maintain a regular place of business in Texas. The Defendant does not have a designated agent for service

of process in Texas. This lawsuit arises from Defendant's business in Texas, that is, the tort Defendant committed in Texas while Defendant was present in Texas.

### IV.
### VENUE AND JURISDICTION

11.     Venue in this case is proper in Dallas County, Texas as the Plaintiffs reside in Dallas County; all or part of the causes of action arose in Dallas County, Texas; and Defendants were engaging in business in Dallas County at the time of the incident made the basis of this suit.

12.     The Court has jurisdiction over the amount in controversy as the causes of action stated herein exceed the minimal jurisdictional limits of the Court.

### V.
### FACTS

13.     On October 22, 2014, Ms. Susan Henderson and Mr. Donald Henderson were traveling northbound in the center lane of the 3700 block of Lemmon Avenue, Dallas, Texas. At that same time, Mr. Lopez, in a tractor and trailer owned by Defendant Beard, also was driving northbound in the 3700 block of Lemmon Avenue in a lane next to the Plaintiffs. Mr. Lopez attempted to turn right onto the eastbound 3500 block of Oak Lawn Avenue. While doing so, Mr. Lopez turned his vehicle too sharply and hit the signal pole on the southeast corner of 3500 Oak Law Avenue. Mr. Lopez, without warning, then reversed the direction of his vehicle and backed into Lemmon Avenue traffic. When Mr. Lopez recklessly reversed his vehicle, Mr. Henderson quickly reacted and sounded his horn in an attempt to warn Defendant Lopez of the dangerousness of his maneuver. Failing to follow basic safety precautions, as well as the emergency horn sounded by Mr. Henderson, Mr. Lopez proceeded backwards ramming directly into the right front of the Hendersons' vehicle. Despite causing the collision and ignoring Mr. Henderson's horn, Mr. Lopez fled the scene going northbound on Lemmon Avenue and then

eastbound onto Lomo Alto Drive.  The force of the collision against the Hendersons' vehicle caused both Ms. Henderson and Mr. Henderson to receive serious injuries.  The conduct of Defendants was the proximate cause of said collision in which Plaintiffs sustained the injuries and damages complained of herein.

## VI.
## CAUSES OF ACTION

**A.    NEGLIGENCE AND NEGLIGENCE PER SE – DEFENDANT RAY LOPEZ JR.**

14.    Plaintiffs would show that the local ordinances, statutory violations, and the negligent acts and omissions of Defendant Ray Lopez Jr., as set out herein, separately and collectively, were a direct and proximate cause of the incident in question and the resulting injuries and damages sustained by Plaintiffs.  The violations of local and state traffic laws constitute negligence *per se*. The violations, negligent acts, and omissions are, among others, as follows:

    a.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to keep proper lookout;

    b.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to make a timely or proper evasive maneuver to avoid the collision;

    c.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to turn to avoid the collision;

    d.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to timely apply his brakes of Defendants' vehicle in order to keep from striking the Plaintiffs' vehicle;

    e.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to drive entirely within a single marked lane for traffic and then failed to make sure he could move from that lane safely in violation of TEX. TRANS. CODE §545.060(a);

    f.    Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc., failed to make sure he could safely make a right turn in violation of TEX. TRANS. CODE §545.103;

g.  Defendant Ray Lopez Jr, individually and as agent for Beard Express, Inc, failed to timely apply the brakes on Defendant Beard's vehicle immediately prior to the collision in question;

h.  Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc., failed to apply the brakes on Defendant Beard's vehicle with sufficient force immediately prior to the collision in question;

i.  Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, drove his vehicle at the time and on the occasion in question with wilful or wanton disregard for the safety of others, which disregard was the result of conscious indifference to the rights, welfare and safety of those persons affected by it in violation of the laws of the State of Texas, including TEX. TRANS. CODE §545.401; and

j.  Defendant Ray Lopez Jr., individually and as agent for Beard Express, Inc, failed to give information and render aid in violation TEX. TRANS. CODE §550.023.

## B.   NEGLIGENT ENTRUSTMENT – BEARD EXPRESS, INC

15.  For additional cause of action, Plaintiff would further show that at the time and on the occasion complained of, Defendant Beard Express, Inc:

a.  Owed Plaintiffs, Susan Henderson and Donald Henderson, a duty, which it breached and proximately caused Plaintiffs' damages. Defendant Beard Express, Inc had a duty to ensure that its vehicle was operated in a safe and proper manner by Defendant Ray Lopez Jr.;

b.  Specifically, on October 22, 2014, Defendant Beard Express, Inc., negligently failed to act as a reasonably prudent vehicle owner would have done under the same or similar circumstances in that it allowed Defendant Ray Lopez Jr. to operate its vehicle. As a result of Defendant Beard Express, Inc's negligent failure, Defendant proximately caused Plaintiffs' damages for which they now sue; and

c.  Defendant Ray Lopez Jr. is the agent for Defendant Beard Express, Inc. and, therefore, is vicariously liable.

## VII.
## DAMAGES TO PLAINTIFFS

16.    As a result of the incident described herein, Plaintiffs incurred reasonable and necessary medical expenses and, in all reasonable probability, such medical expenses will continue into the future.

17.    Plaintiffs have experienced mental anguish in the past as a result of their physical injuries and, in all reasonable probability, will continue to sustain mental anguish into the future as a result of those physical injuries.

18.    Plaintiffs have experienced physical pain and suffering in the past as a result of their physical injuries, and, in all reasonable probability, will continue to sustain physical pain and suffering in the future as a result of physical injuries.

19.    Plaintiffs have experienced physical impairment or physical incapacity in the past as a result of the incident made the basis of this suit and, in all reasonable probability, will continue to sustain physical impairment or physical incapacity in the future.

20.    Plaintiffs have suffered lost wages and/or lost earning capacity in the past as a result of the incident and, in all reasonable probability, such lost earning capacity will continue in the future.

21.    Plaintiffs have suffered disfigurement in the past as a result of the incident and, in all reasonable probability, such disfigurement will continue into the future.

22.    As a result of the above, Plaintiffs seek damages within the jurisdictional limits of this Court.

## VIII.
## EXEMPLARY DAMAGES

23.    For additional cause of action, Plaintiffs re-plead as fully as though set forth in this paragraph all allegations under the previous paragraphs and allege that all the acts and omissions on the part of the Defendants, taken singularly or in combination, constitute gross negligence and were the proximate cause of the damages and injuries of Plaintiffs, as alleged herein.  This gross negligence entitles the Plaintiffs to exemplary damages.  Specifically, Plaintiffs allege that the Defendants' acts were more than momentary thoughtlessness, inadvertence, or error of judgment. The Defendants acted with such an entire want of care to establish that the acts and/or omissions were the result of actual conscious indifference to the rights, safety, or welfare of the Plaintiffs. Plaintiffs seek exemplary damages against the Defendants in the amount of four times Plaintiffs' actual damages in order to punish Defendants for wrongdoing and to deter other individuals and companies that might be tempted to engage in the same or similar conduct.

## IX.
## CLAIM FOR PRE-JUDGMENT AND POST-JUDGMENT INTEREST

24.    Plaintiffs claim all lawful pre-judgment and post-judgment interest on the damages suffered by them.

## X.
## JURY DEMAND

25.    Plaintiffs request that a jury be convened to try the factual issues in this cause.

## XI.
## REQUEST FOR DISCLOSURE

26.    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs request Defendants to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2 of the Texas Rules of Civil Procedure.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, and upon final hearing of this cause, Plaintiffs have judgment against the Defendants for damages described herein, for costs of court, for pre- and post-judgment interest, and for such other and further relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

_/s/ B. Ward Maedgen_

B. Ward Maedgen
State Bar No. 00794211

LAW OFFICE OF B. WARD MAEDGEN, P.C.
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
T: 214/651-4288
F: 214/363-9979
ward@texcrime.com

ATTORNEY FOR PLAINTIFFS

# EXHIBIT "B-4"

## Civil Case Information Sheet

FILED
DALLAS COUNTY
10/21/2016 5:37:58 PM
FELICIA PITRE
DISTRICT CLERK

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* DC-16-13771 _____  **Court** *(FOR CLERK USE ONLY):* _____

**STYLED** SUSAN HENDERSON AND DONALD HENDERSON vs RAY LOPEZ JR. A/K/A RAYMOND LOPEZ A/K/A RAMON LOPEZ AND BEARD EXPRESS, INC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>B. WARD MAEDGEN | Email:<br><br>WARD@TEXCRIME.COM | Plaintiff(s)/Petitioner(s):<br><br>SUSAN HENDERSON<br><br>DONALD HENDERSON | ☑ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br><br>5005 GREENVILLE AVENUE, STE. 200 | Telephone:<br><br>214-651-4288 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>DALLAS, TX 75206 | Fax:<br><br>214-363-9979 | Defendant(s)/Respondent(s):<br><br>RAY LOPEZ JR. A/K/A RAYMOND LOPEZ A/K/A<br><br>RAMON LOPEZ AND BEARD EXPRESS, I | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br><br>/S/ B. WARD MAEDGEN | State Bar No:<br><br>00794211 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☑ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage:<br>_____ | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other:<br>_____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

# EXHIBIT "B-5"

## Demand for Jury



FELICIA PITRE

DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-16-13771

SUSAN HENDERSON, et al

vs.

RAY LOPEZ JR., et al

160th District Court

## <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: SUSAN HENDERSON

FEE PAID: $40.00

# EXHIBIT "B-6"

## Issuance of Citation for Ray Lopez, Jr.

**FORM NO.  353-4—CITATION**
~~THE STATE OF TEXAS~~

**To:**  **RAY LOPEZ JR. A/K/A RAYMOND LOPEZ A/K/A RAMON LOPEZ**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711**

**CITATION**

No.: **DC-16-13771**

**SUSAN HENDERSON, ET AL**
**VS.**
**RAY LOPEZ JR., ET AL**

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
   Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **SUSAN HENDERSON AND DONALD HENDERSON**

Filed in said Court 21st day of October, 2016 against
**RAY LOPEZ JR. A/K/A RAYMOND LOPEZ A/K/A RAMON LOPEZ AND BEARD EXPRESS INC**

 For suit, said suit being numbered   **DC-16-13771**  the nature of which demand is as follows:
 Suit On  **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
   Given under my hand and the Seal of said Court at office **on this the 25th day of October, 2016**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By_____/s/ Gay Lane_____, Deputy
            **GAY LANE**

**ISSUED**
**ON THIS THE 25TH DAY OF OCTOBER,**
**2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

Attorney for : Plaintiff
**B WARD MAEDGEN**
**LAW OFFICE OF B WARD**
**MAEDGEN PC**
**5005 GREENVILLE AVE SUITE 200**
**DALLAS TX  75206**

**214-651-4288**



**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-16-13771

Court No: 160th District Court

Style: SUSAN HENDERSON, et al
vs.
RAY LOPEZ JR., et al

Received this Citation the _____day of_____, 20____at_____o'clock. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20____at_____o'clock ____.M. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock ____.M. by summoning the within named Corporation, _____ by delivering to _____
_____ President - Vice President - Registered Agent - in person, of the said _____
_____
a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:          To certify which witness by my hand.
For Serving Citation     $_____          Sheriff_____
For Mileage          $_____          County of_____
For Notary          $_____          State of_____
          Total Fees     $_____          By_____

(Must be verified if served outside the State of Texas)
State of_____
County of_____
          Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.


          Seal                              State & County of

# EXHIBIT "B-7"

## Issuance of Citation for Beard Express, Inc.

FORM NO.  353-4—CITATION

~~THE STATE OF TEXAS~~

**CITATION**

To:  **BEARD EXPRESS INC**
**BY SERVING THE SECRETARY OF STATE**
**OFFICE OF THE SECRETARY OF STATE**
**CITATIONS UNIT - P.O. BOX 12079**
**AUSTIN, TX, 78711**

| No.: DC-16-13771 |

**SUSAN HENDERSON, ET AL**
**VS.**
**RAY LOPEZ JR., ET AL**

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
  Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

ISSUED
**ON THIS THE 25TH DAY OF OCTOBER,**
**2016**

Said **PLAINTIFF** being **SUSAN HENDERSON AND DONALD HENDERSON**

Filed in said Court 21st day of October, 2016 against
**RAY LOPEZ JR. A/K/A RAYMOND LOPEZ A/K/A RAMON LOPEZ AND BEARD EXPRESS INC**

For suit, said suit being numbered   **DC-16-13771**  the nature of which demand is as follows:
  Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
  Given under my hand and the Seal of said Court at office **on this the 25th day of October, 2016**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

Attorney for : Plaintiff
**B WARD MAEDGEN**
**LAW OFFICE OF B WARD**
**MAEDGEN PC**
**5005 GREENVILLE AVE SUITE 200**
**DALLAS TX  75206**

**214-651-4288**

By_____, Deputy
/s/ Gay Lane
                     **GAY LANE**



**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-16-13771

Court No: 160th District Court

Style: SUSAN HENDERSON, et al
vs.
RAY LOPEZ JR., et al

      Received this Citation the _____day of_____, 20_____at_____o'clock.  Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at____ _____o'clock ___.M.  Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock ____.M. by summoning the within named Corporation, _____ by delivering to _____ _____ ____
_____President - Vice President - Registered Agent - in person, of the said
_____
      a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
      Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.

Seal

                                                 State & County of

# EXHIBIT "B-8"

## Return of Service for Ray Lopez, Jr.

FILED
DALLAS COUNTY
12/20/2016 2:49:50 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey



# The State of Texas
## Secretary of State

### 2017-273255-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition and Request For Disclosure in the cause styled:

Susan Henderson, et al VS Ray Lopez Jr., et al
160th Judicial District Court Of Dallas County, Texas
Cause No: DC1613771

was received by this office on November 28, 2016, and that a copy was forwarded on December 2, 2016, by CERTIFIED MAIL, return receipt requested to:

Ray Lopez Jr. AKA Raymond Lopez AKA Ramon Lopez
16452 Harmony Ranch Dr.
Delhi, CA 95315

The RETURN RECEIPT was received in this office dated December 14, 2016, bearing signature.



Date issued: December 15, 2016

Carlos H. Cascos
Secretary of State

GF/vo