LAW OFFICE OF
# B. WARD MAEDGEN, P.C.
6688 North Central Expressway, Suite 1000
Dallas, TX  75206

Tel. (214) 651-4288     WARD MAEDGEN
Fax (214) 747-1825     BOARD CERTIFIED – CRIMINAL LAW
WWW.ACCIDENTLAWYERDALLASTX.COM     TEXAS BOARD OF LEGAL SPECIALIZATION
WWW.TEXCRIME.COM

February 6, 2017

*Via CM/ECF*
Judge David C. Godbey
1100 Commerce St., Room 1504
Dallas, TX  75242-1003

      Re:    Civil Action No. 3:17-CV-00072; Susan Henderson and Donald Henderson v. Ray Lopez a/k/a Raymond Lopez a/k/a Ramon Lopez and Beard Express, Inc.; In the United States District Court for the Northern District of Texas, Dallas Division

Hon. David C. Godbey:

Please be advised that I will be on vacation on the following dates:

***March 11, 2017 thru March 18, 2017.***

I respectfully request that no hearings, trials, depositions, or other discovery deadlines be set in relation to the pending case during this time.

Thank you for your cooperation in this regard.

                        Sincerely,

                        */s/ B. Ward Maedgen*

                        B. Ward Maedgen

BWM:hp

cc:    David L. Sargent and Chuck W. Shiver II – *via CM/ECF*